IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

IN THE MATTER OF:  
LAVARN WHITE

CASE NO.: 07-01463JEE

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 2 1 2007
MARLENE J. KENNEDY, CLERK
Y_____DEPUTY

## RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

MASONITE CORPORATION  
1001 SOUTH 4TH AVENUE  
P O BOX 1048  
LAUREL, MS 39440

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

James L. Henley  
Standing Chapter 13 Trustee  
P. O. Box 2659  
Jackson, MS 39207-2659

IS VACATED FOR THE FOLLOWING REASON(S):CASE DISMISSED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

*Edward Ellington*  
EDWARD ELLINGTON  
U. S. BANKRUPTCY JUDGE

JOHN H. ANDERSON  
713 ARLEDGE STREET  
HATTIESBURG, MS 39401-4339