0040-2H-EPIEXX-00202130-106261

# United States Bankruptcy Court
For The
Southern District of Mississippi

LAVARN WHITE  
P O BOX 1498  
TAYLORSVILLE, MS 39168

Case No.: 07-01463JEE  
SS #1: XXX-XX-3030

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 05 | 14 | 07 | The Plan was confirmed on | | | | | The Case was concluded on | | 06 | 19 | 07 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $ 474.44

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ADAMS&EDENS | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BAY SPRINGS TELEPHONE COM | 002 | Unsecured | 419.93 | 0.00 | 0.00 | 419.93 |
| BELLSOUTH TELECOMMUNICATI | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLYN JAMES | 005 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| CENTRIX FUNDS LLC | 006 | Secured | 13,000.00 | 0.00 | 0.00 | 13,000.00 |
| CREDIT ACCEPTANCE CORP | 007 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST TOWER CORP | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FORREST GENERAL HOSPITAL | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FORREST GENERAL HOSPITAL | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 011 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| IRS | 012 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| JONES COUNTY GARBAGE | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MAZDA AMERICAN CREDIT | 014 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| MID STATE TRUST II | 015 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| NATIONAL MAGAZINE EXCHANG | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROVIDIAN | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| XELCO COLLECTIONS | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LAVARN WHITE | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

0040-2H-EPIEXX-00202130-106261

# United States Bankruptcy Court
For The
Southern District of Mississippi

LAVARN WHITE  
P O BOX 1498  
TAYLORSVILLE, MS 39168

Case No.: 07-01463JEE  
SS #1: XXX-XX-3030

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 05 | 14 | 07 | | The Plan was confirmed on | | | | | The Case was concluded on | 06 | 19 | 07 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $  474.44

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| LAVARN WHITE | 999 | Refund | 474.44 | 474.44 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 13,000.00 | 0.00 | 419.93 | 0.00 | 474.44 | 13,894.37 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 474.44 | 474.44 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 474.44 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JOHN H. ANDERSON | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ James L. Henley

James L. Henley